# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0058
Lower Tribunal No. 2014-CF-004642

_____

ANTWAN D. JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Michelle O. Pincket, Judge.

April 21, 2026

PER CURIAM.

AFFIRMED.

WHITE, MIZE and PRATT, JJ., concur.


Antwan D. Johnson, Cross City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED